| | |
|---|---|
| COOLEY LLP<br>BENEDICT HUR (SBN 224018)<br>(bhur@cooley.com)<br>JOSHUA ANDERSON (SBN 312836)<br>(joshua.anderson@cooley.com)<br>ARGEMIRA FLOREZ (SBN 331153)<br>(aflorez@cooley.com)<br>GREGORY MERCHANT (SBN 341287)<br>(gmerchant@cooley.com)<br>ELIAS GARCIA (SBN 352669)<br>(elias.garcia@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone: +1 415 693 2000<br>Facsimile: +1 415 693 2222<br><br>Attorneys for Defendant<br>GOOGLE LLC | FITZGERALD MONROE FLYNN PC<br>JACK FITZGERALD (SBN 257370)<br>(jfitzgerald@fmfpc.com)<br>MELANIE R. MONROE (SBN 275423)<br>(mmonroe@fmfpc.com)<br>TREVOR FLYNN (SBN 253362)<br>(tflynn@fmfpc.com)<br>ALLISON FERRARO (SBN 351455)<br>(aferraro@fmfpc.com)<br>DANIEL E. SACHS (SBN 361027)<br>(dsachs@fmfpc.com)<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>Telephone: +1 619 215 1741<br><br>Attorneys for Plaintiffs VALETTA<br>MCENTYRE and GAYLA SCHNITZER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALETTA MCENTYRE and GAYLA SCHNITZER, on behalf of themselves, all others similarly situation, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALBANY MED HEALTH SYSTEM,<br><br>Defendants. | No. 5:25-cv-10483-SVK<br><br>**STIPULATION TO EXTEND DEFENDANT GOOGLE LLC'S DEADLINE TO FILE A RESPONSIVE PLEADING** |

# STIPULATION

Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendant Google LLC ("Google"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on December 5, 2025, Plaintiffs filed a Complaint against Google and Albany Med Health System (Dkt. No. 1).

WHEREAS, on December 17, 2025, Plaintiffs served the Complaint on Google, making Google's deadline to respond to the Complaint January 7, 2026.

WHEREAS, in light of the intervening holidays and in order to provide Google an adequate time to prepare a response, Plaintiffs and Google have agreed to a 45-day extension of Google's responsive pleading deadline.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiffs and Google that Google's deadline to file a responsive pleading be extended by forty-five (45) days from January 7, 2026, to now be February 23, 2026.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | COOLEY LLP |
| Dated: December 30, 2025 | By: */s/ Joshua Anderson* <br> Joshua Anderson <br> Attorneys for Defendant GOOGLE LLC |
|  | FITZGERALD MONROE FLYNN PC |
| Dated: December 30, 2025 | By: */s/ Trevor Flynn* <br> Trevor Flynn <br> Attorneys for Plaintiffs VALETTA MCENTYRE and GAYLA SCHNITZER |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Joshua Anderson, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on December 30, 2025, in San Francisco, California.

                                           */s/ Joshua Anderson*
                                           Joshua Anderson