RAYMOND O. AGHAIAN (SBN 218294)
**BAKER & HOSTETLER LLP**
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:       *raghaian@bakerlaw.com*

*Attorneys for Defendant,*
ALBANY MED HEALTH SYSTEM

JACK FITZGERALD (SBN 257370)
(jfitzgerald@fmfpc.com)
MELANIE R. MONROE (SBN 275423)
(mmonroe@fmfpc.com)
TREVOR FLYNN (SBN 253362)
(tflynn@fmfpc.com)
ALLISON FERRARO (SBN 351455)
(aferraro@fmfpc.com)
DANIEL E. SACHS (SBN 361027)
(dsachs@fmfpc.com)
**FITZGERALD MONROE FLYNN PC**
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Telephone: +1 619 215 1741

*Attorneys for Plaintiffs* VALETTA MCENTYRE and GAYLA SCHNITZER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VALETTA MCENTYRE and GAYLA SCHNITZER, on behalf of themselves, all others similarly situation, and the general public<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALBANY MED HEALTH SYSTEM,<br><br>Defendants. | Case No.: 5:25-cv-10483-SVK<br><br>[Judge Noel Wise]<br><br>**STIPULATION TO EXTEND DEFENDANT ALBANY MED HEALTH SYSTEM'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Action Filed: December 5, 2025<br>Current Response Date: January 19, 2025<br>New Response Date: February 23, 2026 |

**STIPULATION**

Pursuant to N.D. Cal. Local Rule 6-1(a), Plaintiffs Valetta McEntyre and Gayla Schnitzer ("Plaintiffs") and Defendant Albany Med Health System ("Albany Med") (collectively, "the Parties"), by and through their respective attorneys of record, stipulate and agree as follows ("Stipulation"):

1. On December 5, 2025, Plaintiffs filed their Class Action Complaint ("Complaint") against Albany Med in the Northern District of California [Dkt. No. 1];

2. On December 29, 2025, Albany Med was served with the Summons & Complaint;

3. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to answer or otherwise respond to the Complaint is January 19, 2026;

4. The Parties have stipulated and agreed to extend Albany Med's January 19, 2026 deadline to answer or otherwise respond to the Complaint by thirty-five (35) days, to February 23, 2026;

5. This Stipulation is the first request for an extension of Albany Med's responsive pleading deadline and does not alter the date of any event or deadline already fixed by Court order;

6. This Stipulation is made without prejudice to Albany Med's right to seek additional time to answer or otherwise respond to the Complaint if necessary;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Albany Med's deadline to answer or otherwise respond to the Complaint is extended from January 19, 2026, to February 23, 2026.

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| 1 | Dated: January 16, 2026 | **BAKER & HOSTETLER LLP** |
| 2 | | By: */s/ Raymond O. Aghaian* |
| 3 | |     RAYMOND O. AGHAIAN |
| 4 | | *Attorneys for Defendant,* <br> PHILLIPS 66 COMPANY |
| 5 | | |
| 6 | Dated: January 16, 2026 | **FITZGERALD MONROE FLYNN PC** |
| 7 | | By:  */s/ Jack Fizgerald* |
| | |     JACK FITZGERALD |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case 5:25-cv-10483-NW     Document 13     Filed 01/16/26     Page 4 of 4


**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Raymond O. Aghaian, hereby certify that I have obtained the concurrence in the filing of this document from all signatories listed above. I further attest that I have on file records to support this concurrence for subsequent production to the Court if so ordered of for inspection upon request.

Dated: January 16, 2026                                  */s/Raymond O. Aghaian*
                                                                              Raymond O. Aghaian