COOLEY LLP
BENEDICT HUR (SBN 224018)
(bhur@cooley.com)
JOSHUA ANDERSON (SBN 312836)
(joshua.anderson@cooley.com)
ARGEMIRA FLÓREZ (SBN 331153)
(aflorez@cooley.com)
GREGORY J. MERCHANT (SBN 341287)
(gmerchant@cooley.com)
ELIAS GARCIA (SBN 352669)
(elias.garcia@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   +1 415 693 2000
Facsimile:    +1 415 693 2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALETTA MCENTYRE and GAYLA SCHNITZER, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC and ALBANY MED HEALTH SYSTEM,<br><br>Defendants. | Case No. 3:25-cv-10483-VC<br><br>**DEFENDANT GOOGLE LLC'S STATEMENT OF NONOPPOSITION TO DEFENDANT ALBANY MED HEALTH SYSTEM'S MOTION TO SEVER [DKT. 17]**<br><br>Date:   February 27, 2026<br><br>Time:   10:00 am (Videoconference)<br><br>Complaint Filed:  December 5, 2025 |

## STATEMENT OF NONOPPOSITON

Pursuant to Civil Local Rule 7-3(b), Defendant Google LLC ("Google") informs the Court that it does not oppose Defendant Albany Med Health System ("Albany Med")'s Motion to Sever (Dkt. 17, filed on February 10, 2026). While Google does not agree with the factual assertions and characterizations made in Albany Med's Motion, Google does not oppose severance.

Dated: February 17, 2026                COOLEY LLP

By:  /s/ *Joshua Anderson*
         Joshua Anderson

COOLEY LLP
BENEDICT HUR (SBN 224018)
(bhur@cooley.com)
JOSHUA ANDERSON (SBN 312836)
(joshua.anderson@cooley.com)
ARGEMIRA FLÓREZ (SBN 331153)
(aflorez@cooley.com)
GREGORY J. MERCHANT (SBN 341287)
(gmerchant@cooley.com)
ELIAS GARCIA (SBN 352669)
(elias.garcia@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222